UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALJANON REED, | Case No. CV 13-5970-SJO(AJW) |
| Petitioner, | |
| v. | |
| RAYMOND MADDEN, Warden, | JUDGMENT |
| Respondent. | |

It is hereby adjudged that this action is **dismissed without prejudice**.

Date: 9/1/16

S. James Otero
United States District Judge